UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SUNTRUST BANK,                        )
                                      )
              Plaintiff,              )
                                      )
v.                                    )            1:11-cv-132-TC-SKL
                                      )
TAYLORMADE CREATIONS, INC., *et al.*, )
                                      )
              Defendants.             )

## ORDER

Before the Court is a motion to continue [Doc. 28] filed by Defendants Patrick Fultz and

Steve Fultz, who seek to continue the hearing date set by the Court regarding the pending motion

to withdraw filed by their counsel [Doc. 25]. The Court previously issued an order [Doc. 26],

which set a hearing on the motion to withdraw for November 21, 2013. In the motion to continue,

counsel for Defendants Patrick Fultz and Steve Fultz represents that he has been unable to properly

notify Patrick Fultz of his motion, he has a conflict with the hearing date as scheduled, and

opposing counsel have no objection to continuing the hearing. Accordingly, the motion to

continue [Doc. 28] is **GRANTED** and the hearing on the motion is rescheduled to take place on

**December 20, 2013 at 3:00 p.m**.

A scheduling conference shall take place immediately following the motion hearing and,

therefore, at least one counsel of record for all parties and Patrick Fultz and Steve Fultz are

required to attend the scheduling conference.

The Clerk is **DIRECTED** to mail a copy of this Order to Defendants Patrick Fultz and Steve Fultz at their last known addresses as listed in the Complaint in this matter [Doc. 1, PageID # 1].

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE